AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| Gilbert et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15-cv-01086-egb |
| World Wrestling Entertainment, Inc. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Doug Gilbert and Tommy Gilbert                                                                    .

Date:   04/21/2015

/s/ William B. Ryan
*Attorney's signature*

William B. Ryan, TN Bar # 20269
*Printed name and bar number*

DONATI LAW, PLLC
1545 Union Avenue
Memphis, TN 38104
*Address*

billy@donatilaw.com
*E-mail address*

(901) 278-1004
*Telephone number*

(901) 278-3111
*FAX number*