# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| DOUG GILBERT and<br>TOMMY GILBERT, as parent and<br>next of kin to EDDIE GILBERT,<br><br>        Plaintiffs,<br><br>v.<br><br>WORLD WRESTLING<br>ENTERTAINMENT, INC.,<br>ESPN INC., and ESPN CLASSIC, INC.,<br><br>        Defendants. | Case No. 1:15-cv-01086-egb |

## RULE 7.1 DISCLOSURE OF
## DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant World Wrestling Entertainment, Inc. ("WWE") states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: May 7, 2015                            Respectfully Submitted,

                                                                  s/ Eugene J. Podesta, Jr.
                                                                    Eugene J. Podesta, Jr. (TN Bar #9831)
                                                                    gpodesta@bakerdonelson.com
                                                                    Baker, Donelson, Bearman, Caldwell
                                                                      & Berkovitz, PC
                                                                    First Tennessee Building
                                                                    165 Madison Avenue
                                                                    Suite 2000
                                                                    Memphis, Tennessee 38103
                                                                    901-577-2213
                                                                    901-577-0761 (facsimile)

Jerry S. McDevitt  (Pro Hac Vice)
jerry.mcdevitt@klgates.com
Curtis B. Krasik  (Pro Hac Vice)
curtis.krasik@klgates.com
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
412-355-6500
412-355-6501 (facsimile)

*Attorneys for Defendant*
*World Wrestling Entertainment, Inc.*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 7th day of May, 2015, I served a copy of the foregoing RULE 7.1 STATEMENT upon the following attorneys of record:

Robert Stevie Beal  
Beal Law Office  
22 Monroe Avenue  
Lexington, TN 38351  
731-968-9077  
731-968-0782 (facsimile)  
beallawoffice@gmail.com  

Malcolm B. Futhey III  
Futhey Law Firm PLC  
1440 Poplar Avenue  
Memphis, TN 38104  
901-725-7525  
901-726-3506 (facsimile)  
malcolm@futheylawfirm.com  

William B. Ryan  
Donati Law Firm  
1545 Union Avenue  
Memphis, TN 38104  
901-278-1004  
901-278-3111 (facsimile)  
billy@donatilaw.com  

*Attorneys for Plaintiffs*

Samuel D. Lipshie  
Jeffrey L. Allen  
Bradley Arant Boult Cummings LLP  
1600 Division Street, Suite 700  
P.O. Box 340025  
Nashville, Tennessee 37203  
slipshie@babc.com  
jallen@babc.com  

*Attorneys for Defendant ESPN, Inc. and ESPN Classic, Inc.*

                                              s/ Eugene J. Podesta, Jr.  
                                              Eugene J. Podesta, Jr.