UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

DOUG GILBERT and
TOMMY GILBERT, as parent and
next of kin to EDDIE GILBERT,

    Plaintiffs,

v.                                        Case No.: 1:15-cv-01086

WORLD WRESTLING ENTERTAINMENT, INC.,
ESPN INC., and ESPN CLASSIC, INC.,

    Defendants.

---

PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF REMOVAL

---

Plaintiffs submit the following response to Defendants' Notice of Removal. Defendants filed a notice of removal on April 15, 2015. (Dkt. Ent. 1.) The bases for removal were federal-question jurisdiction under the complete-preemption doctrine and diversity jurisdiction. Plaintiffs disagree with and object to the existence of federal-question jurisdiction under the complete-preemption doctrine. Complete preemption does not apply in this case to Plaintiffs' state law claims. However, Plaintiffs concede that jurisdiction exists based on diversity jurisdiction. Therefore, any objection to subject matter jurisdiction based on federal-question jurisdiction is moot. Plaintiffs reserve any and all arguments regarding Defendants' complete-preemption claims.

Respectfully submitted,


/s/Malcolm B. Futhey III
Malcolm B. Futhey III (TN 024432)
Futhey Law Firm PLC
1440 Poplar Avenue
Memphis, Tennessee 38104
901-725-7525
901-726-3506 (facsimile)
malcolm@futheylawfirm.com

Robert Stevie Beal (TN 007297)
Beal Law Office
22 Monroe Avenue
Lexington, Tennessee 38351
731-968-9077
731-968-0782 (facsimile)
beallawoffice@gmail.com


William B. Ryan (TN 20269)
Donati Law Firm
1545 Union Avenue
Memphis, Tennessee 38104
901-278-1004
901-278-3111 (facsimile)
billy@donatilaw.com

*Counsel for Plaintiffs*

<u>Certificate of Service</u>

 I hereby certify that a copy of the foregoing has been served this 8th day of May 2015 via CM/ECF on the following:

Eugene J. Podesta, Jr., Esq.
Baker Donelson Bearman Caldwell & Berkowitz PC
First Tennessee Building
165 Madison Avenue
Suite 2000
Memphis, Tennessee 38103
gpodesta@bakerdonelson.com

*Counsel for World Wrestling Entertainment, Inc.*


Samuel P. Lipshie
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
slipshie@babc.com
jallen@babc.com

*Counsel for ESPN, Inc. and ESPN Classic, Inc.*


            s/Malcolm B. Futhey III