# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| DOUG GILBERT and<br>TOMMY GILBERT, as parent and<br>next of kin to EDDIE GILBERT, | )<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 1:15-cv-1086 |
| WORLD WRESTLING ENTERTAINMENT,<br>INC., ESPN, INC., and ESPN CLASSIC, INC. | )<br>)<br>) |
| Defendants. | ) |

## ORDER GRANTING UNOPPOSED JOINT MOTION TO STAY DISCOVERY AND CONTINUE SCHEDULING CONFERENCE

It appears to the Court that the Joint Motion to Stay Discovery and Continue Scheduling Conference, filed by Defendants, World Wrestling Entertainment, Inc.; ESPN, Inc. and ESPN Classic, Inc. (D.E. 27), is unopposed by Plaintiffs and is well-taken and should be granted.

As such, IT IS ORDERED that discovery in this case shall be stayed pending disposition of Defendants' respective Motions to Dismiss for Failure to State a Claim and the scheduling conference, currently scheduled for May 19, 2015 before United States Magistrate Judge Edward G. Bryant, is hereby continued until such later date as the Court determines.

IT IS SO ORDERED this 18th day of May 2015.

                                                  s/ J. DANIEL BREEN
                                                  CHIEF UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY BY:

/s/ Jeffrey L. Allen
Samuel D. Lipshie, BPR No. 9538
Jeffrey L. Allen, BPR No. 26782
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Email:  slipshie@babc.com
Email: jallen@babc.com
Direct:  (615) 252-2332
Facsimile:  (615) 252-6332

*Attorneys for Defendants ESPN, Inc. and ESPN Classic, Inc.*


/s/ Eugene J. Podesta, Jr. (w/ perm. JLA)
Eugene J. Podesta, Jr., BPR No. 9831
BAKER, DONELSON, BEARMAN, CALDWELL
  & BERKOVITZ, PC
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Email: gpodesta@bakerdonelson.com
Direct: (901) 577-2213
Facsimile: (901) 577-0761

Of Counsel:

Jerry S. McDevitt (pro hac vice)
Curtis B. Krasik (pro hac vice)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Email: jerry.mcdevitt@klgates.com
Email: curtis.krasik@klgates.com
Phone: (412) 355-6500
Facsimile: (412) 355-6501

*Attorneys for Defendant
World Wrestling Entertainment, Inc.*

2

7/3643598.1