UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

DOUG GILBERT and
TOMMY GILBERT, as parent and
next of kin to EDDIE GILBERT,

    Plaintiffs,

v.                                                   Case No.: 1:15-cv-01086

WORLD WRESTLING ENTERTAINMENT, INC.,
ESPN INC., and ESPN CLASSIC, INC.,

    Defendants.

---

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT PREJUDICE</u>

---

Plaintiff Doug Gilbert and Plaintiff Tommy Gilbert, as parent and next of kin to Eddie Gilbert, hereby file this Notice of Voluntary Dismissal <u>without prejudice</u> pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) permits a plaintiff to "dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Any such dismissal is without prejudice. FED. R. CIV. P. 41(a)(1)(B). In this case, Defendants have not filed an answer to the complaint or a summary judgment motion. Given these circumstances, Plaintiffs hereby voluntarily dismiss their lawsuit <u>without prejudice</u>.

Respectfully submitted,

/s/Malcolm B. Futhey III
Malcolm B. Futhey III (TN 024432)
Futhey Law Firm PLC
1440 Poplar Avenue
Memphis, Tennessee 38104
901-725-7525
901-726-3506 (facsimile)
malcolm@futheylawfirm.com

Robert Stevie Beal (TN 007297)
Beal Law Office
22 Monroe Avenue
Lexington, Tennessee 38351
731-968-9077
731-968-0782 (facsimile)
beallawoffice@gmail.com

William B. Ryan (TN 20269)
Donati Law Firm
1545 Union Avenue
Memphis, Tennessee 38104
901-278-1004
901-278-3111 (facsimile)
billy@donatilaw.com

*Counsel for Plaintiffs*

Certificate of Service

I hereby certify that a copy of the foregoing has been served this 1st day of June 2015 via CM/ECF on the following:

Eugene J. Podesta, Jr., Esq.
Baker Donelson Bearman Caldwell & Berkowitz PC
First Tennessee Building
165 Madison Avenue
Suite 2000
Memphis, Tennessee 38103
gpodesta@bakerdonelson.com

*Counsel for World Wrestling Entertainment, Inc.*

Jerry S. McDevitt, Esq.
Curtis B. Krasik, Esq.
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
jerry.mcdevitt@klgates.com
curtis.krasik@klgates.com

*Counsel for World Wrestling Entertainment, Inc.*

Samuel P. Lipshie, Esq.
Jeffrey L. Allen, Esq.
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
slipshie@babc.com
jallen@babc.com

*Counsel for ESPN, Inc. and ESPN Classic, Inc.*

                                        s/Malcolm B. Futhey III