# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

DOUG GILBERT and
TOMMY GILBERT, as parent
and next of kin to EDDIE
GILBERT,

Plaintiffs,

CASE NUMBER: 1:15-1086-JDB-egb

v.

WORLD WRESTLING ENTERTAINMENT
INC., ESPN INC. AND ESPN CLASSIC, INC.,

Defendants,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Notice of Dismissal entered in the above-styled matter on 6/1/2015, this case is hereby voluntarily dismissed without prejudice.

**APPROVED:**

s/J. Daniel Breen
**Chief United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**